# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,** PLAINTIFF

v.

**Jeffery Amerson**

DEFENDANT.

- ☒ LA  ☐ RS  ☐ SA  **DATE FILED:** 5/9/2025
- **CASE NUMBER:** 2:25-mj-02803-DUTY  ☐ Under Seal
- **INIT. APP. DATE:** 5/9/2025  **TIME:** 1:30 PM
- **CHARGING DOC:** Out of District Affidavit
- **DEFENDANT STATUS:** In Custody
- ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
- **VIOLATION:** 18:1344
- **COURTSMART/REPORTER:** CS 5/9/2025

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Rozella A. Oliver

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Eddie Ramirez (Deputy Clerk)    Blake Hannah (Assistant U.S. Attorney)    _____ (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☐ Defendant states true name ☐ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☒ **Attorney:** Rebecca Abel    ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order)  ☐ Special appearance by: _____
- ☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☒ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 11:30 AM in Los Angeles
- ☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in Los Angeles
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☒ Defendant executed Waiver of Rights. ☐ Process received.
- ☒ Court ORDERS defendant Held to Answer to SOUTHERN District of Mississippi
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☒ Warrant of removal and final commitment to issue. Date issued: 5/9/2025  By CRD: RAO
  - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
- ☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____).
- ☐ Other: _____

**RECEIVED:** ☒ PSA ☒ PROBATION ☒ FINANCIAL ☒ CR-10    ☒ READY    **Deputy Clerk Initials** ER : 05