UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 1 2 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:20Cr27DPJ-LRA

MICHAEL W. HARVEY,
JERAL BLACKMON,
WILLIE THOMAS, and
JEFFERY RAY AMERSON

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1028A
18 U.S.C. § 1708

**The Grand Jury charges:**

### COUNT 1

That on or about January 3, 2020, in Hinds and Rankin Counties in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **MICHAEL W. HARVEY, JERAL BLACKMON, WILLIE THOMAS,** and **JEFFERY RAY AMERSON,** did knowingly and intentionally conspire with each other, and with others known and unknown to the grand jury, to commit the following offense:

> To knowingly devise a scheme or artifice to defraud, or intend to devise a scheme or artifice to defraud, and to obtain funds under the custody or control of banks, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), by means of materially false and fraudulent pretenses and representations, with intent to defraud those banks, in violation of Title 18, United States Code, Section 1344.

### Manner and Means Of The Conspiracy

It was part of the agreement and conspiracy that Defendants **MICHAEL W. HARVEY, JERAL BLACKMON, WILLIE THOMAS, and JEFFERY RAY AMERSON**, and others known and unknown to the grand jury, would and did fraudulently create, possess, and present counterfeit checks that purported be drawn on one or more accounts at banks insured by the

FDIC in order to fraudulently obtain funds under the custody or control of such banks, and attempted to do so.

Defendants **MICHAEL W. HARVEY, JERAL BLACKMON, WILLIE THOMAS,** and **JEFFERY RAY AMERSON** agreed to divide the proceeds obtained from the bank fraud conspiracy.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2

That on or about January 3, 2020, in Hinds and Rankin Counties in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **MICHAEL W. HARVEY, JERAL BLACKMON, WILLIE THOMAS,** and **JEFFERY RAY AMERSON**, aided and abetted by others known and unknown to the grand jury, knowingly devised and executed a scheme and artifice to obtain funds under the custody or control of Origin Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), by means of materially false and fraudulent pretenses and representations, with intent to defraud and others, to wit, defendants **MICHAEL W. HARVEY, JERAL BLACKMON, WILLIE THOMAS,** and **JEFFERY RAY AMERSON** fraudulently created, possessed, and presented one or more counterfeit checks that purported be drawn on one or more accounts at Origin Bank, in order to fraudulently obtain cash that was under the custody or control of Origin Bank and to attempt to do so, all in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 3

That on or about January 3, 2020, in Hinds and Rankin Counties in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **MICHAEL W. HARVEY, JERAL BLACKMON, WILLIE THOMAS,** and **JEFFERY RAY AMERSON**,

did knowingly use, without lawful authority, the means of identification of another person, to wit, the name of victim "KH," during and in relation to bank fraud in violation of Title 18, United States Code, Section 1344, all in violation of Title 18, United States Code, Section 1028A.

COUNT 4

That on or about January 3, 2020, in Hinds and Rankin Counties in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **MICHAEL W. HARVEY, JERAL BLACKMON, WILLIE THOMAS, and JEFFERY RAY AMERSON**, aided and abetted by each other and others known and unknown to the grand jury, unlawfully possessed checks which had been stolen from the mail, well knowing that the checks had been stolen, in violation of Title 18, United States Code, Section 1708.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other

property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2); and Title 28, United States Code, Section 2461.

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

D. MICHAEL HURST, JR.
United States Attorney

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this, the 12 day of February, 2020.

UNITED STATES MAGISTRATE JUDGE